UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quincy Jamel Hargett**             Docket No. 4:15-CR-23-2BO

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quincy Jamel Hargett, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 16, 2017, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quincy Jamel Hargett was released from custody on August 30, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 5, 2017, Hargett submitted to urinalysis which tested positive for marijuana. He admitted to use while incarcerated.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert L. Thornton                    /s/ Jay Kellum
Robert L. Thornton                        Jay Kellum
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2
                                          Jacksonville, NC 28546-6762
                                          Phone: 910-346-5109
                                          Executed On: September 13, 2017



Quincy Jamel Hargett
Docket No. 4:15-CR-23-2BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this \_\_\_13\_\_\_ day of \_\_\_September\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge