UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quincy Jamel Hargett**                                **Docket No. 4:15-CR-23-2BO**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quincy Jamel Hargett, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 16, 2017, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quincy Jamel Hargett was released from custody on August 30, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 3, 2018, the defendant charged with felonious Common Law Obstruction of Justice, in Lenoir County, North Carolina. The matter is pending trial in Lenoir County District Court (18CR50099). On March 8, 2018, the U.S. Probation Office became aware that the defendant made bond and was released from state custody.

In addition to the aforementioned conduct, the defendant signed a payment agreement on September 5, 2017, wherein he agreed to make monthly payments in the amount of $10 per month, beginning on October 1, 2017. To date, the defendant has made no payments and is $60.00 in arrears.

As a sanction for the violation conduct, it is respectfully recommended that the defendant be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a period not to exceed 180 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 180 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Quincy Jamel Hargett
Docket No. 4:15-CR-23-2BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: March 13, 2018

## ORDER OF THE COURT

Considered and ordered this  15  day of  March , 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge