UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quincy Jamel Hargett**            **Docket No. 4:15-CR-23-2BO**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quincy Jamel Hargett, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 16, 2017, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quincy Jamel Hargett was released from custody on August 30, 2017, at which time the term of supervised release commenced.

On September 13, 2017, a Petition for Action on Supervised Release was submitted to the Court after the defendant tested positive for marijuana. On September 13, 2017, the Court approved the petition requiring the defendant participate in substance abuse treatment.

On March 13, 2018, a Petition for Action on Supervised Release was submitted to the Court in regards to the defendant's criminal conduct that resulted in new state charges. On March 15, 2018, the Court approved the petition requiring the defendant participate in 180 consecutive days of curfew to be monitored by Radio Frequency equipment.

On April 12, 2018, a Violation Report was submitted to the court after the defendant tested positive for marijuana on April 3, 2018. At that time it was recommended the defendant be referred back to our substance abuse provider for additional treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 3, 2018, the defendant submitted to a urinalysis which tested positive for marijuana. On May, 17, 2018, the defendant was confronted with the results and admitted to using marijuana on/about April 28, 2018. The defendant was reprimanded for the violation conduct and expressed remorse. On May 18, 2018, the defendant began his new course of substance abuse treatment. Therefore, as a sanction for the violation conduct, it is respectfully recommended that the defendant's term of supervised release be continued and as a sanction, the defendant is to complete 20 hours of community service, at the direction of the U.S. Probation Office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Quincy Jamel Hargett
Docket No. 4:15-CR-23-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: May 18, 2018

## ORDER OF THE COURT

Considered and ordered this 21 day of May, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge