UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quincy Jamel Hargett**                                      **Docket No. 4:15-CR-23-2BO**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quincy Jamel Hargett, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on August 16, 2017, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quincy Jamel Hargett was released from custody on August 30, 2017, at which time the term of supervised release commenced.

On September 13, 2017, a Petition for Action on Supervised Release was submitted to the Court after the defendant tested positive for marijuana. On September 13, 2017, the Court approved the petition requiring the defendant participate in substance abuse treatment.

On March 13, 2018, a Petition for Action on Supervised Release was submitted to the Court in regards to the defendant's criminal conduct that resulted in new state charges. On March 15, 2018, the Court approved the petition requiring the defendant participate in 180 consecutive days of curfew to be monitored by Radio Frequency equipment.

On April 12, 2018, a Violation Report was submitted to the Court after the defendant tested positive for marijuana on April 3, 2018. At that time it was recommended the defendant be referred back to our substance abuse provider for additional treatment.

On May 18, 2018, a Petition for Action on Supervised Release was submitted to the Court after the defendant tested positive for marijuana. On May 21, 2018, the Court approved the petition requiring the defendant to complete 20 hours of community service.

On June 14, 2018, a Motion for Revocation was filed with the Court alleging the defendant possessed a firearm and ammunition; possessed a controlled substance; and used a controlled substance, and a warrant was issued. At the defendant's revocation hearing on July 30, 2018, the Court denied the Motion for Revocation and continued the defendant on his term of supervised release.

On August 15, 2018, a Violation Report was submitted to the Court advising that the defendant had violated the terms of his curfew requirement by leaving his residence before his approved leave time of 6AM.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 1, 2018, the defendant was charged with the offense of Driving While License Revoked by the Kinston Police Department. Furthermore, Hargett submitted to a urinalysis screening and the preliminary results indicated the test was positive for amphetamine and that there was a noticeable amount of marijuana in his system. On November 10, 2018, the defendant was confronted with the results of his urinalysis and admitted to smoking marijuana and taking an unknown pill for a headache on or about November 1, 2018. The defendant was verbally reprimanded for the violation conduct and expressed remorse. It should be noted that the urinalysis screening was also confirmed by Alere Laboratories to be positive for methamphetamine. The defendant has been referred back to PORT to begin a new course of substance abuse treatment. Therefore, as a sanction for violation conduct it is respectfully recommended that the defendant be placed on home incarceration, and be monitored with Location Monitoring: Radio Frequency equipment for a period not to exceed 30 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: November 15, 2018 |

Quincy Jamel Hargett
Docket No. 4:15-CR-23-2BO
Petition For Action
Page 3

## ORDER OF THE COURT

Considered and ordered this _15_ day of _November_, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
Chief United States District Judge